# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00638-CV

**The City of Austin, Appellant**

**v.**

**Emily Poole, Lynne Shelton, and Mohit Taneja, Individually and as Representatives of All Other Parties Similarly Situated, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-09-002348, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for appellant, The City of Austin, has filed an "Agreed Motion to Stay The Appeal" while the City considers a modification to its ordinances that could moot the appellate issues. Appellant's counsel states that she has conferred with counsel for appellees Emily Poole, Lynne Shelton, and Mohit Taneja, Individually and as Representatives of All Other Parties Similarly Situated, who agree with this motion.

We grant the motion and abate this appeal until October 22, 2015. *See* Tex. R. App. P. 42.1(a)(2)(C). If the modification to the ordinances resolves the appellate issues by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal. If the modification to the ordinances does not resolve the appellate issues by that date, the parties are instructed to file

a report informing this Court about the status of the appeal and requesting any necessary extension of the abatement.

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed:   December 31, 2014